Case 4:19-cv-00320   Document 47   Filed on 03/18/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 18, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBRA SOTO CAPETILLO | § § | |
| V | § § | CIVIL ACTION NO. 4:19-CV-00320 |
| WAL-MART STORES TEXAS LLC, ET AL | § § § | |

### PLAINTIFF, DEBRA SOTO CAPETILLO'S NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE

After considering Plaintiff, Debra Soto Capetillo's Plaintiff, Debra Soto Capetillo's Notice of Partial Dismissal with Prejudice, the Court

GRANTS the dismissal as to Defendants, WalMart Stores Texas, LLC, Bottling Group, LLC and PepsiCo, Inc., with prejudice.

SIGNED this __18th__ day of ____March____, 2020.

_____
JUDGE PRESIDING

APPROVED & ENTRY REQUESTED:

_____
Corey Gomel
State Bar No. 08115150
Dominique Bartholet
State Bar No. 24034335
1177 West Loop South, Suite 1400
Houston, Texas 77027
713-961-7777
713-961-7773 Fax
dbartholet@713abogado.com
COUNSEL FOR PLAINTIFF